UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 23 P 3:38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

STACY WARBOYS

v.   3:02CV1456JCH

WILLIAM PROULX,
TOWN OF EAST HARTFORD
and MARK SIROIS

## JUDGMENT

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on February 5, 2004, entered a Ruling Granting Plaintiff's Motion to Amend the Complaint and Granting Defendants' Motion for Summary Judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 23rd day of March, 2004.

KEVIN F. ROWE, Clerk

By _____
Chrystine W. Cody
Deputy-in-Charge

Entered on Docket _____